

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00161-CV

## IN RE RAMSAY ALLEN RAMSEY

## Original Proceeding

## MEMORANDUM OPINION

The petition for a writ of mandamus is denied.  Tex. R. App. P. 52.8(d).  The stay

of proceedings in the trial court is hereby lifted.


                                        TOM GRAY
                                        Chief Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition Denied
Opinion delivered and filed June 18, 2015
[OT06]

